J-A16014-23

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| LEONARD J. GITTER | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | : | |
| ELENA BELOGOLOVSKY | : | |
| Appellant | : | No. 1664 MDA 2022 |

Appeal from the Order Entered November 18, 2022
In the Court of Common Pleas of Union County
Civil Division at No(s): 17-0702

BEFORE:  PANELLA, P.J., BENDER, P.J.E., and McCAFFERY, J.

JUDGMENT ORDER BY PANELLA, P.J.:       **FILED: AUGUST 18, 2023**

This case having been remanded to the trial court by way of this Court's Order and Memorandum Opinion filed June 16, 2023, and there being no merit to the argument that the trial court should recuse, this appeal is hereby quashed so that the matter may return to the trial court for a determination in accordance with the June 16, 2023 remand with instructions. ***See L.J.G. v. E.B.***, No. 1261 MDA 2022 (Pa. Super. Filed June 16, 2023) (unpublished memorandum).[1]

Appeal quashed.

---

[1] In her appellate brief at this docket number, filed before our decision in 1261 MDA 2022, Appellant conceded that a resolution of that appeal "may render some or all the issues raised in this appeal moot." Appellant's Brief at 2.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 8/18/2023